# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SLONE | : | Case No. 1:20-cv-204 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| -vs- | : | |
| | : | |
| VOORHIS, SLONE, WELSH, | : | **NOTICE OF APPEARANCE** |
| CROSSLAND ARCHITECTS, INC. | : | **OF CO-COUNSEL** |
| | : | |
| Defendant. | : | |

Notice is hereby given that Cara M. Daggitt, is entering an appearance as co-counsel for Plaintiff William Slone in the above captioned case.

Respectfully submitted,

/s/ Cara M. Daggitt
Cara M. Daggitt (0098927)
George M. Reul, Jr. (0069992)
FREKING MYERS & REUL LLC
600 Vine Street, 9th Floor
Cincinnati, OH 45202
PH: 513/721-1975 – FX: 513/651-2570
*greul@fmr.law*
*cdaggitt@fmr.law*

***Trial Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Cara M. Daggitt